UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                                          CASE NO: 19-04703-5-DMW
CONSHETA TINEAL PRINCE                                                      CHAPTER 13

Debtor

## OBJECTION TO CONFIRMATION

      NOW COMES the Chapter 13 Trustee, and hereby moves for entry of an order denying confirmation of the Debtor's chapter 13 plan by finding it does not comply with the provisions of 11 U.S.C. §§ 1322 and or 1325, and further directing that the Debtor shall have 14 days to file an amended chapter 13 plan. The basis for this objection is set forth below:

1.     The plan as proposed by the Debtor is infeasible because it is not funded to satisfy all claims scheduled to be paid through Trustee disbursements.

2.     The Trustee is unable to determine if the plan provides that all of the Debtor's projected disposable income to be received in the applicable commitment period beginning on the date that the first payment is due under the plan will be applied to make payments to unsecured creditors under the plan because the Debtor has not provided the Trustee with the Debtor's pay advices evidencing the Debtor's income.

      **WHEREFORE**, based upon the foregoing, the Trustee respectfully requests that the Court deny confirmation of the plan, grant the Debtor 14 days to file an amended chapter 13 plan, and for any other relief the Court deems just and proper.

Dated: December 5, 2019

                                                                    */s/ John F. Logan*
                                                                    John F. Logan
                                                                    CHAPTER 13 TRUSTEE
                                                                    N.C. BAR NO. 12473
                                                                    PO BOX 61039
                                                                    RALEIGH, NC  27661-1039
                                                                    TELEPHONE:  (919) 876-1355

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 19-04703-5-DMW |
| CONSHETA TINEAL PRINCE | CHAPTER 13 |

Debtor

**CERTIFICATION OF SERVICE**

I, Erika West, of PO Box 61039, Raleigh, NC 27661-1039, do certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and

That I have this day served copies of the foregoing Objection to Confirmation on the parties listed below by depositing a copy of same in the United States mail bearing sufficient postage, or if such interested party is a Filing User, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  December 05, 2019

> /s/Erika West
> Case Adminstrator

*By U.S. Mail*

DEBTOR
CONSHETA TINEAL PRINCE
60 PRAIRIE LANE
LILLINGTON,  NC  27546

*By CM/ECF:*

ATTORNEY FOR DEBTOR
LAW OFFICES OF JOHN T. ORCUTT
ATTN: JEREMY HARN FOR LOJTO
6616-203 SIX FORKS ROAD
RALEIGH,  NC  27615